[No. 64879-9-I.   Division One.   April 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
WILLIAMS RYHMES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 09-1-03311-7, Cheryl B. Carey, J., entered
January 11, 2010. *Affirmed* by unpublished opinion per
Leach, A.C.J., concurred in by Ellington and Lau, JJ.

[No. 64977-9-I.   Division One.   April 25, 2011.]

JENNIFER TOBIN, *Individually and as Administratrix*, ET AL.,
*Plaintiffs*, v. LISA M. FISH ET AL., *Defendants*.

JENNIFER L. TOBIN, *Individually and as Administratrix*,
ET AL., *Respondents*, v. THE STATE OF WASHINGTON ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 06-2-12148-7, Brian M. Tollefson, J., entered
October 17, 2008. *Reversed* and *remanded* by unpublished
opinion per Leach, A.C.J., concurred in by Schindler, J.;
Appelwick, J., concurring separately.

[No. 64999-0-I.   Division One.   April 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GILFORD WALLICE
SMITH, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 09-8-01095-3, Michael J. Trickey, J., entered
January 27, 2010. *Affirmed* by unpublished opinion per
Lau, J., concurred in by Leach, A.C.J., and Ellington, J.